1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7

8    FRANCISCO VIDAL,                          )
                                              )
9                          Plaintiff,          )    Case No. 2:17-cv-02885-RFB-GWF
                                              )
10   vs.                                       )    **ORDER**
                                              )
11   CAROL ARNOLD, *et al.*,                   )
                                              )
12                          Defendant.         )
     _____     )

13

14         On November 16, 2017, Plaintiff Francisco Vidal filed his Civil Rights Complaint Pursuant

15   to 42 U.S.C. § 1983 (ECF No. 1).  However, Plaintiff failed to pay the filing fee or file an

16   application to proceed *in forma pauperis*.

17         Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 plus an additional $50

18   administrative fee is required to commence a civil action in federal district court.  The court may

19   authorize the commencement of an action without prepayment of fees and costs or security if the

20   plaintiff is granted *in forma pauperis* status by the Court.  28 U.S.C. § 1915(a)(1).  To proceed *in*

21   *forma pauperis*, a plaintiff must submit an *in forma pauperis* application to the Court, accompanied

22   by an *In Forma Pauperis* Motion Financial Certificate and a copy of the plaintiff's prison account

23   statement showing the current balance of the account.

24         Should Plaintiff decide to apply for *in forma pauperis* status, he is notified that he will still

25   be required to pay a total amount of $400.00, which will be deducted from his prison account in

26   installments.  Pursuant to the Prison Litigation Reform Act of 1995, the District Court is required

27   to assess a fee where a prisoner is granted leave to proceed *in forma pauperis* in a civil action and

28   the prison officials are required to collect and remit the money to the Court.  *See* 28 U.S.C. §

1915(b)(1)-(2).  If the plaintiff does not have $400.00, the plaintiff will be required to pay either 20% of the average monthly balance or 20% of the average monthly deposits, whichever is greater. Furthermore, the plaintiff will be required to pay installments of 20% of the preceding month's deposits to the account in months that the account balance exceeds $10.00.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall send Plaintiff an Application to Proceed *In Forma Pauperis* (Prisoner), *In Forma Pauperis* Motion Financial Certificate and Instructions for the Application to Proceed *In Forma Pauperis*.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **thirty (30) days** from the date of this order to either pay the appropriate filing fee of $400.00, or submit a completed application and affidavit in support of his request to proceed *in forma pauperis*.  Plaintiff's failure to comply with this order will result in the recommendation that this action be dismissed.

DATED this 20th day of November, 2017.

_George Foley Jr._____
GEORGE FOLEY, JR.
United States Magistrate Judge