**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO VIDAL,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROL ARNOLD, *et al.*,<br><br>                Defendant. | Case No. 2:17-cv-02885-RFB-GWF<br><br>**REPORT AND RECOMMENDATION** |

On November 16, 2017, Plaintiff Francisco Vidal filed his Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (ECF No. 1).  However, Plaintiff failed to pay the filing fee or file an application to proceed *in forma pauperis*.

On November 20, 2017, the Court advised Plaintiff that he needed to either pay the $400 filing fee or apply for *in forma pauperis* status by December 20, 2017 and instructed the Clerk of Court to provide Plaintiff with the application to proceed *in forma pauperis*.  *Order* (ECF No. 3). The Court warned Plaintiff that failure to comply with its Order would result in a recommendation that this case be dismissed.  Plaintiff has failed to comply.  Accordingly,

**IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (ECF No. 1) be **dismissed** without prejudice for failure to pay the filing fee or file an application to proceed *in forma pauperis*.

DATED this 28th day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge