UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO VIDAL,<br><br>          Plaintiff,<br><br>   v.<br><br>ARNOLD, *et al.*,<br><br>          Defendants. | Case No. 2:17-cv-02885-RFB-GWF<br><br>**<u>ORDER</u>** |

Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable George Foley, Jr., United States Magistrate Judge, entered December 28, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 11, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

| | |
|---|---|
| 1 | **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 4) is ACCEPTED and ADOPTED in full. |
| 2 | |
| 3 | **IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1) is dismissed without prejudice for failure to pay the filing fee or file an application to proceed *in forma pauperis*. |
| 4 | |
| 5 | **IT IS FURTHER ORDERED** that The Complaint (ECF No. 1-1) is DISMISSED. |
| 6 | The Clerk of Court is directed to serve a copy of this Order upon Plaintiff. |

DATED: January 24, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**